**Order entered November 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00558-CR

**VICTOR MIGUEL CALDERON-CARDONA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82037-2018**

## ORDER

Before the Court is the State's November 19, 2019 first motion for extension of time to file its brief. The State's brief has been tendered with the motion. We GRANT the motion and ORDER the State's brief filed as of the date of this order.

/s/     KEN MOLBERG
         JUSTICE